# United States District Court

**Violation Notice** (Rev. 1/2020)

NP25N0081

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WGT | E 1650306 | C Schauer | 333 |

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐ USC ☒State Code |
|---|---|
| 4/29/2025 1108 | 36 CFR 4.2(b) / WS31-4-103 (a) |

Place of Offense

Highway 26 - nearest Grand Tebn N.P.

Offense Description: Factual Basis for Charge    HAZMAT ☐

No proof of insurance — veh. registration
also expired 12/24.

## DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Siepert | Mistie | Dawn |

| Tag No | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 2F4010O | ID | 96 | Ford Mustang | | red |

## APPEARANCE IS REQUIRED

A ☐ If Box A is checked, you must appear in court. See instructions

## APPEARANCE IS OPTIONAL

B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 570 — Forfeiture Amount

+ $30 Processing Fee

angelbich13@gmail.com
**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov →

$ 600 — **Total Collateral Due**

## YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy



*E1650306*

---

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The foregoing statement is based upon:

☐ my personal observation    ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____    _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident;  **PASS** = 9 or more passenger vehicle;
**CDL** = Commercial drivers license;  **CMV** = Commercial vehicle involved in incident

---